United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FULL HARVEST TECHNOLOGIES, INC., §§§§§ Plaintiff, §§§§§ v. §§§§§ MAYAN FARMERS PRODUCE, LLC, et al, §§§§§ Defendants. § | Civil Action No. 7:25-CV-00223 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the court is the September 18, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 84). Judge Hacker made findings and conclusions and recommended that Defendant Farmers Kingdom, LLC's Rule 55(c) Motion to Set Aside Clerk's Default, (Dkt. No. 42), be **GRANTED**, and that the default entered against it, (Dkt. No. 34), be **SET ASIDE** pursuant to Rule 55(c).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 84), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Farmers Kingdom, LLC's Rule 55(c) Motion, (Dkt. No. 42), is **GRANTED**;

(3) The default entered against Defendant Farmers Kingdom, LLC, (Dkt. No. 34), is **SET ASIDE** pursuant to Rule 55(c).

It is SO ORDERED.

Signed on November 7, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**