United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FULL HARVEST TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYAN FARMERS PRODUCE, LLC, et al, <br><br> Defendants. | § § § § § § § § § § § § § |

Civil Action No. 7:25-CV-00223

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 18, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 85). Judge Hacker made findings and conclusions and recommended that Defendant Real Estate J&S Mur, LLC's Rule 55(c) Motion, (Dkt. No. 55), be **GRANTED**, and that the default entered against it, (Dkt. No. 35), be **SET ASIDE** pursuant to Rule 55(c). Judge Hacker further recommended that J&S Mur's Motion for Extension of Time to Respond to the Complaint, (Dkt. No. 56), be **GRANTED**.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 85), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Real Estate J&S Mur, LLC's Rule 55(c) Motion, (Dkt. No. 55), is **GRANTED**;

(3) The default entered against Defendant Real Estate J&S Mur, LLC, (Dkt. No. 35), is **SET ASIDE** pursuant to Rule 55(c); and

(4) Defendant Real Estate J&S Mur, LLC's Motion for Extension of Time to Respond to the Complaint, (Dkt. No. 56), is **GRANTED**. Real Estate J&S Mur is **ORDERED** to respond to the Complaint, (Dkt. No. 1), by November 21, 2025.

It is SO ORDERED.

Signed on November 7, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**