United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FULL HARVEST TECHNOLOGIES, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 7:25-CV-00223 |
| MAYAN FARMERS PRODUCE, LLC, et al, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the court is the September 18, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 86). Judge Hacker made findings and conclusions and recommended that Defendants Rogelio De Leon and Hermila De Leon's Rule 55(c) Motions, (Dkt. Nos. 46, 47), be **GRANTED**, and that the defaults entered against them, (Dkt. Nos. 37, 38), be **SET ASIDE** pursuant to Rule 55(c).  Judge Hacker further recommended that Plaintiff Full Harvest's Motion for Default Judgment, (Dkt. No. 40), against Defendant Rogelio De Leon be **DENIED** as **MOOT**.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 86), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendants Rogelio De Leon and Hermila De Leon's Rule 55(c) Motions, (Dkt. Nos. 46, 47), is **GRANTED**;

(3) The defaults entered against Defendants Rogelio De Leon and Hermila De Leon, (Dkt. Nos. 37, 38), are **SET ASIDE** pursuant to Rule 55(c); and

(4) Plaintiff Full Harvest's Motion for Default Judgment, (Dkt. No. 40), is **DENIED** as **MOOT.**

It is SO ORDERED.

Signed on November 7, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**